**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CIV-61667-RAR**

**DONOVAN ESSEN**,

    Plaintiff,

v.

**PADULA BENNARDO LEVINE, LLP**,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

The parties have advised that they have amicably settled this matter [ECF No. 4]. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Dismissal with the Court within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of August, 2019.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**